## IN THE CIRCUIT COURT OF UNION COUNTY, ARKANSAS

EL DORADO SCHOOL DISTRICT                                  PLAINTIFF

VS.                  CV-2013-6203-6

EMB QUALITY MASONRY, LLC                            DEFENDANT

### COMPLAINT

Comes the plaintiff, El Dorado School District, by and through its attorneys, Bailey, Trimble, Lowe, Sellars & Thomas, by Rick Sellars and for its complaint against the defendant, EMB Quality Masonry, LLC, states:

1. Plaintiff is the School District for El Dorado, Arkansas located in Union County, Arkansas.

2. Defendant EMB Quality Masonry, LLC is a company domiciled in and/or doing construction related work in Union County, Arkansas.

3. This matter concerns damages to real property located in Union County, Arkansas and this Court has jurisdiction and venue of this matter is proper.

4. On or before August 22, 2010, plaintiff engaged and otherwise hired EMB Quality Masonry LLC (hereinafter "EMB") to do construction work for a gymnasium for plaintiff to be located at 690 Timberlane, El Dorado, AR.

5. Defendant EMB engaged its own agents, servants and employees to construct the masonry walls of the gymnasium which was to be done in accordance with plans and specifications provided to defendant.

**FILED**
8-21-2013 @ 10:30 a.m.
CHERYL COCHRAN - WILSON, CLERK
BY _____ D.C.

6. On August 22, 2010 a higher than normal wind occurred in the area of the ongoing construction project. As a result of the wind event, the south wall of the gymnasium construction collapsed in an outward direction.

7. Subsequent to the collapse of the wall, plaintiff discovered that the defendant EMB had been constructing the gymnasium walls in a negligent and improper manner and that the wall that collapsed on August 22, 2010 was being constructed a manner that was not in accordance with the plans and specifications provided to defendant and that the construction of the collapsed wall was being done in a manner that was not consistent with good building practices, all of which left the wall of the building unable to withstand the wind that it was subjected to and which resulted in its collapse.

8. Defendant EMB was negligent in that he failed to follow the plans and specifications which required the presence of a continuous horizontal bond beams reinforced with two continuous #5 horizontal bars to be placed at an intermediate horizontal height in the steel frame at 20 feet above the foundation and at the roof level. Additionally he failed to follow the plans and specifications that required that all reinforced portions of the wall be filled with grout and that all splices in reinforcing were to be lapped a minimum of 28 inches. Further, he failed to have the wall supported and anchored to the concrete floor slab-on-grade with #4 dowels at 48" o/c.

9. Defendant EMB was negligent in that he failed to construct the wall with the bond beam or with the required anchorage or to provide other bracing at all time to laterally stabilize against the lateral loads such as wind.

10. Defendant EMB was negligent in that he failed to provide vertical reinforcing in accordance with the plans and specifications which would have stabilized the wall against a wind event.

11. As a proximate result of the failure of the defendant EMB to undertake construction of the wall of the gymnasium in accordance with the plans and specification and to follow sound building practices, the plaintiff's gymnasium wall was unable to the withstand the lateral forces of wind and collapsed due to the construction deficiencies of defendant EMB during a wind event.

12. As a proximate result of the wall collapse, plaintiff sustained property damages in the sum of $82,168.00.

13. Plaintiff's damages are ascertainable with certainty and plaintiff is entitled to recover prejudgment and post judgment interest at the highest rate allowed by law.

Wherefore, plaintiff prays that it be granted judgment against the defendant EMB Quality Masonry, LLC in the sum of $82,168.00, for its cost herein expended and for all other relief to which it is entitled.

RICK SELLARS #77122
BAILEY, TRIMBLE, LOWE
SELLARS & THOMAS
ATTORNEYS AT LAW
2102 RIVERFRONT DRIVE, SUITE 100
LITTLE ROCK, AR 72202
501-663-4444-TELEPHONE
501-663-5767-FAX
rsellarspa@sbcglobal.net